UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-MJ-1168

UNITED STATES OF AMERICA )
                                        ) ORDER ALLOWING DISMISSAL OF
         v.                   ) CRIMINAL INFORMATION AND
                                        ) WITHDRAWAL OF ARREST WARRANT
ETHEL MERCEDES TUNNELL )

Leave of court is granted for the filing of the foregoing dismissal.

3/26/2012
DATE:

_____
ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE